■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Kelly HOSKINS and Laura Hoskins,
Appellees.

Court of Appeals of Kentucky.

June 1, 1973.

Carl T. Miller, Jr., C. E. Skidmore, Dept. of Highways, Frankfort, for appellant.

Neville Smith, Smith & Smith, Manchester, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

■

Corene STANTON, Appellant,

v.

Roberta Alice TAYLOR et al., Appellees.

Court of Appeals of Kentucky.

June 1, 1973.

Robert T. Schneider, Horse Cave, for appellant.

Glay E. Maggard, Munfordville, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

■

James R. YOCOM et al., Appellants,

v.

Clarence ROGERS et al., Appellees.

Court of Appeals of Kentucky.

June 1, 1973.

Gemma M. Harding, Dept. of Labor, Louisville, Gayle G. Huff, Harlan, for appellant.

Stephen C. Cawood, Cole & Cole, Barbourville, for appellee.

Memorandum Opinion of the Court By Commissioner CATINNA, Reversing.*

■

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Cloyd HOUSE et al., Appellees.

Court of Appeals of Kentucky.

May 18, 1973.

Don Duff, General Counsel, Department of Highways, Frankfort, Wendell V. Lyon, Jr., Somerset, Theodore H. Lavit, Lavit & Blandford, Lebanon, Carl T. Miller, Director of Legal Services, Department of Highways, Frankfort, for appellant.

Charles R. Luker, Luker, Luker & Roberts, London, for appellees.

PER CURIAM Opinion Affirming.*

* Opinion ordered not to be published.